UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                  )
ROBERT WATTERSON,                 )
individually and on behalf of     )
all others similarly situated,    )
                                  )    C.A. No. 18-513
         Plaintiff,               )
                                  )
     v.                           )
                                  )
CONSUMER REPORTS, INC.,           )
                                  )
         Defendant.               )
_____)
```

**MEMORANDUM AND ORDER**

WILLIAM E. SMITH, District Judge.

On September 30, 2019, this Court issued a text order granting Defendant's Motion to Dismiss, ECF No. 15, as to Count I and denying the motion as to Count II of the Amended Complaint, ECF No. 13. See September 30, 2019 Text Order. The Court VACATES that text order. For the reasons discussed in Watterson v. Trusted Media Brands, Inc., C.A. No. 18-520 (D.R.I. Feb. 19, 2020), ECF No. 17, the Court now GRANTS Defendant's motion in full.

IT IS SO ORDERED.

/s/ William E. Smith

William E. Smith
District Judge
Date: February 21, 2020