# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERT WATTERSON,
    Plaintiff,

    v.                                            C.A. No. 18-513 WES

CONSUMER REPORTS, INC.,
    Defendant.

## **JUDGMENT**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Memorandum and Order entered by the Court on February 21st, 2020 by this Court.

                                                        Enter:

                                                        /s/ Ryan H. Jackson
                                                       Deputy Clerk

Dated: February 25th, 2020